FRANK PATTERSON v. THE STATE.

No. 9827.    Delivered October 14, 1925.

Selling Intoxicating Liquor—Appeal Dismissed.

In an affidavit made by appellant, in proper form, he requests that his appeal herein be dismissed. The request is granted.

Appeal from the District Court of Kerr county. Tried below before the Hon. R. H. Burney, Judge.

Appeal from a conviction for selling intoxicating liquor; penalty, one year in the State penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Kerr county, of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary.

In an affidavit made by the appellant in proper form he requests that his appeal herein be dismissed. The request is granted.

The appeal is dismissed.

*Dismissed.*